UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** UNITED STATES OF AMERICA

County of Residence:

Plaintiff's Atty:  Melissa A. Childs
Assistant U.S. Attorney
219 South Dearborn St.
Chicago, IL  60604
312/ 353-5331

**Defendant(s):**  Carolyn Whitfield-Zywiciel
1560 Suncrest Lane
Bolingbrook, IL  60490

County of Residence: Will

Defendant's Atty:

---

II. Basis of Jurisdiction:           1  U.S. Gov't Plaintiff

III. Citizenship of Principle
Parties **(Diversity Cases Only)**
                   Plaintiff:   **- N/A**
                   Defendant:   **- N/A**

IV: Origin:                          **1. Original Proceeding**

V: Nature of Suit:                   **190 - OTHER CONTRACTS**

VI: Cause of Action:                 **Health Education Assistance Loan, 42 U.S.C. 292f-p**

VII: Requested in Complaint
          Class Action:  No
          Dollar Demand:  **$258,431.81**
          Jury Demand:  No

VIII. This case **Is Not** a refiling of a previously dismissed case. (If yes case number ___ by Judge___)

---

Signature: /s/Melissa A. Childs

Date: 04/29/2008

Revised: 03/10/99